

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-23-00014-CV

---

CHARLES R. JOHNSON, SR., Appellant

V.

KINETIC BY WINDSTREAM, Appellee

---

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 21C0612-202

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

On January 11, 2022, the trial court entered a traditional summary judgment in favor of Windstream Services, LLC, improperly sued as Kinetic by Windstream, against Charles R. Johnson, Sr. Because Johnson did not file any motion or request that would extend the deadline to file a notice of appeal, the notice of appeal was due February 10, 2022, thirty days after the judgment was signed. *See* TEX. R. APP. P. 26.1(a). Johnson filed his notice of appeal on February 17, 2023, making it untimely by over one year.

By letter dated March 9, 2023, we notified Johnson of this jurisdictional defect and afforded him the opportunity to demonstrate our jurisdiction over the appeal, notwithstanding the noted defect. Johnson filed a response to our letter, but that response failed to demonstrate this Court's jurisdiction over this attempted appeal. Consequently, we are without jurisdiction over the appeal.

In light of the foregoing, we dismiss this appeal for want of jurisdiction.


Jeff Rambin
Justice

Date Submitted:     April 13, 2023
Date Decided:       April 14, 2023